UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MIRINDA STRATTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:15-cv-00857-TWP-DKL |
| | ) |
| CAROLYN W. COLVIN Commissioner of the Social Security Administration, | ) ) ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Plaintiff Miranda Stratton, proceeding *pro se*, filed her Complaint in this matter on June 1, 2015. Thereafter, Defendant filed its Answer and the Administrative Record on August 15, 2015 (Dkts. 10 and 11). The Court's Briefing Schedule gave Plaintiff through February 1, 2016 within which to file a brief in support of her Complaint. At Plaintiff's request, that deadline was extended to April 29, 2016. On May 19, 2016, the Court issued an Order to Show Cause which notified Plaintiff that failure to respond to the show cause order within 14 days of the date on the Order, would result in dismissal of the action. The deadline given has passed with no response or brief being filed.

Accordingly, this action is now dismissed for failure to prosecute, pursuant to Local Rule 41-1. Final Judgment will accompany this order.

Date: 6/13/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MIRINDA STRATTON
3798 Pottersville Road
Spencer, IN 47460

Kathryn E. Olivier
UNITED STATES ATTORNEY'S OFFICE
kathryn.olivier@usdoj.gov