UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MIRINDA STRATTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 1:15-cv-00857-TWP-DKL |
| CAROLYN W. COLVIN Commissioner of the Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

## FINAL JUDGMENT

Having this day entered its Order of Dismissal, the Court hereby enters Judgment in favor of Defendant. Plaintiff's Complaint is dismissed and this action is terminated.

SO ORDERED:

Dated: 6/13/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

Distribution:

MIRINDA STRATTON
3798 Pottersville Road
Spencer, IN 47460

Kathryn E. Olivier
UNITED STATES ATTORNEY'S OFFICE
kathryn.olivier@usdoj.gov